# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 10, 2023

### NO.  03-23-00048-CV

**Millennium Interests, Ltd. and Sunbelt Estates, L.L.C., Appellants**

**v.**

**Maurilio Serrato Hernandez, Appellee**

### APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
### BEFORE JUSTICES BAKER, SMITH, AND JONES
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE JONES

This is an appeal from the interlocutory order signed by the trial court on January 11, 2023. Having reviewed the record, the Court holds that Millennium Interests, Ltd. and Sunbelt Estates, L.L.C. have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court.  Therefore, the Court dismisses the appeal for want of prosecution.  Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.